IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THOMAS STEDHAM,              )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:19cv311-MHT
                             )            (WO)
ALABAMA MEDICAID AGENCY,     )
                             )
     Defendant.              )

## JUDGMENT

Upon consideration of plaintiff's letter (doc. no. 18), in which he states that he has decided to withdraw this case, and which the court construes as motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of August, 2019.

                             /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE